IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CRYSTAL WHITMAN,                          *

        Plaintiff,                      *

v.                                                     Case No.  4:25-cv-466-CDL-AGH

                                     *

NEXSTAR MEDIA GROUP INC and
CONNOR HACKLING,                          *

        Defendants.                   *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 7/15/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of July, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk